UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

CIVIL ACTION NO. 3:05-82

KENNETH JAMES BEDFORD                                          PETITIONER

v.                              **JUDGMENT**

PATTI WEBB, Warden                                             RESPONDENT

\* \* \* \* \* \* \* \*

In accordance with the opinion and order entered contemporaneously with this judgment, the Court HEREBY ORDERS AND ADJUDGES that

(1) The Magistrate Judge's Report and Recommendation [R. 17] is hereby **MODIFIED** to find that although Petitioner's allegations, if true, may constitute an invalid speedy trial waiver, there was no speedy trial violation;

(2) The Report and Recommendation is otherwise **ADOPTED** as the Opinion of this Court; and

(3) The Petitioner's Petition for a Writ of Habeas Corpus is **DENIED**.

This the 13th day of November, 2007.



Signed By:

*Karen K. Caldwell*     KKC

United States District Judge